

**THE CITY OF NEW YORK**

**GEORGIA M. PESTANA**
*Corporation Counsel*

**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**Sharon Sprayregen**
phone: 212-356-0873
fax: 212-356-2088
email: ssprayre@law.nyc.gov
(not for service)

**MEMO ENDORSED**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 02/09/2022

February 7, 2022

**BY ECF**

Hon. Katherine H. Parker
United States Magistrate Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

      Re:  *Goring v. Carter, et al.*
           21 CV 08989 (AJN) (KHP)

Dear Judge Parker:

    I am the Assistant Corporation Counsel assigned to the above action. Warden Carter, Captain Guerra, and Captain Horton's response to the Complaint is due March 7, 2022. (ECF No. 12). <u>I write to request that the initial conference currently scheduled for February 10, 2022 (ECF No. 10) be adjourned until a date after deadline for the Defendants' response to the Complaint. This is Defendants first request to adjourn the conference</u>.

    Thank you for your consideration of this request.

                                    Respectfully submitted,

                                    /s/

                                  Sharon Sprayregen
                                  Assistant Corporation Counsel

**APPLICATION GRANTED:** The telephonic Case Management conference in this matter currently scheduled for Thursday, February 10, 2022 at 11:00 a.m. is hereby adjourned to <u>Thursday, March 10, 2022 at 10:00 a.m.</u> It is hereby ORDERED that the Warden or other official in charge of the Anna M. Kross Correctional Facility (AMKC) produce plaintiff <u>Lasalle Goring., Inmate Number 5412100443, on March 10, 2022, no later than 10:00 a.m.,</u> to a suitable location within the AMKC Correctional Facility that is equipped with a telephone, for the purpose of participating by telephone in a conference with the Court and defendants' counsel. If the
scheduled time and date presents a hardship, the Warden or the Warden's designee should promptly inform chambers by calling (212) 805-0234. Defendants' counsel must: (1) send this Order to the Warden immediately; (2) contact the AMKC Correctional Facility to arrange the call and determine the telephone number at which the plaintiff will be reachable at the above time and date; **(3) call into Judge Parker's AT&T teleconference line (866) 434-5269, Access Code: 4858267, with the plaintiff on the line, at the time and date of the conference.**
The Clerk of Court is requested to mail a copy of this order to the pro se Plaintiff.

APPLICATION GRANTED

*Katharine H. Parker*

Hon. Katharine H. Parker, U.S.M.J.

02/09/2022