```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3/10/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LASALLE GORING,

       Plaintiff,

-against-

WARDEN CARTER, et al.,

       Defendants.

1-21-CV-8989 (AJN) (KHP)

**ORDER**

**KATHARINE H. PARKER, UNITED STATES MAGISTRATE JUDGE.**

On March 10, 2022 the Court held an initial case management conference in this action. The Plaintiff, who was recently released from custody, failed to appear. Defendants wish to move to dismiss this action. Accordingly, the Court hereby orders the following briefing schedule:

- Defendants' motion to dismiss shall be due by **April 22, 2022.**
- Plaintiff's opposition shall be due by **June 6, 2022.**
- Defendants' reply shall be due by **June 20, 2022.**

Discovery is hereby stayed until the resolution of Defendants' motion to dismiss.

**Counsel for Defendants shall obtain Plaintiff's contact information from the New York City Department of Corrections and mail a copy of this Order to Plaintiff. In the event service cannot be completed, Defendants shall file a letter via ECF by April 15, 2022.**

Dated: March 10, 2022
       New York, New York

       SO ORDERED.

*/s/ Katharine H. Parker*
_____
**KATHARINE H. PARKER**
**United States Magistrate Judge**