| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | USDC-SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC#:<br>DATE FILED: 08/08/2022 |

LASALLE GORING,

                Plaintiff,

        v.

WARDEN CARTER, et al.,

                Defendants.

No. 21-CV-8989 (RA) (KHP)

ORDER

RONNIE ABRAMS, United States District Judge:

      On April 29, 2022, Defendants filed a motion to dismiss. Per Judge Parker's order of March 10, 2022, Plaintiff's opposition was due by June 6, 2022. To date, Plaintiff has not filed an opposition or otherwise contacted the Court. Plaintiff shall file his opposition by August 30, 2022.

      Recognizing that a prior letter mailed to Plaintiff at his assigned facility on Rikers Island was returned as undeliverable, counsel for Defendants shall attempt to obtain Plaintiff's present contact information from the New York City Department of Corrections and mail a copy of this Order to Plaintiff. Plaintiff is, however, reminded that it is his obligation to promptly submit a written notification to the Court if his address changes, and the Court may dismiss the action if Plaintiff fails to do so.

SO ORDERED.

Dated:    August 8, 2022
           New York, New York

                                              Ronnie Abrams
                                              United States District Judge