```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 09/01/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LASALLE GORING,

                        Plaintiff,

        v.

WARDEN CARTER, et al.,

                        Defendants.

No. 21-CV-8989 (RA) (KHP)

ORDER

RONNIE ABRAMS, United States District Judge:

      On April 29, 2022, Defendants filed a motion to dismiss. Per Judge Parker's order of March 10, 2022, Plaintiff's opposition was due by June 6, 2022. After Plaintiff failed to respond, this Court issued an order on August 8, 2022, directing Plaintiff to submit his opposition by August 30, 2022. To date, the Court has not received an opposition; nor has Plaintiff communicated with the Court since that order. By October 3, 2022, Plaintiff shall either file an opposition or submit a letter to the Court indicating that he does not intend to file an opposition but still seeks to pursue this action. If the Court receives such a letter, it shall deem Defendants' summary judgment motion unopposed. If the Court does not receive any communication from Plaintiff by that date, however, it may dismiss this action for failure to prosecute.

      The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:   September 1, 2022
            New York, New York

                                                  Ronnie Abrams
                                                  United States District Judge