```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 10/17/2022
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

LASALLE GORING,

                Plaintiff,

v.

WARDEN CARTER, et al.,

                Defendants.

21-CV-8989 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On April 29, 2022, Defendants filed a motion to dismiss. Per Judge Parker's order of March 10, 2022, Plaintiff's opposition was due by June 6, 2022. After Plaintiff failed to respond, this Court issued an order on August 8, 2022, directing Plaintiff to submit his opposition by August 30, 2022. On September 1, 2022, the Court issued an order directing Plaintiff to file either an opposition or a letter indicating that he intends to pursue this action by October 3, 2022, and warning that failure to do so could result in dismissal. To date, the Court has not received an opposition, nor has Plaintiff communicated with the Court since that order. **If Plaintiff fails to respond to the Court's September 1, 2022 order by November 11, 2022, the Court will dismiss this action for failure to prosecute.**

    The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff.

SO ORDERED.

Dated:    October 17, 2022
             New York, New York

                                                  Hon. Ronnie Abrams
                                                  United States District Judge